UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER,<br><br>                    Plaintiff,<br><br>          v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | No. 25-cv-5584 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Plaintiff Liam Alexander, proceeding *pro* se, has filed this action against the Social Security Administration. On September 10, 2025, the Commissioner of Social Security moved this Court to issue an order directing Plaintiff to provide a more definite statement of his pleading. This motion is granted.

    "Under Federal Rule 12(e), a court should order a plaintiff to provide a more definit[e] statement where the pleading does provide some degree of notice regarding a claim but does not contain sufficient information to allow a responsive pleading to be framed without risk of prejudice." *Nielsen Consumer LLC v. Circana Grp. L.P.*, No. 22-CV-3235 (JPO), 2023 WL 5917751, at *9 (S.D.N.Y. Sept. 11, 2023) (internal quotation marks and citation omitted). Here, Plaintiff, among other things, did not identify or attach the final decision that he is challenging, or provide his Social Security Number. A more definite statement is therefore warranted.

    No later than, October 10, 2025, Plaintiff shall file a more definite statement, including: (1) his Social Security Number, which will be sealed; (2) the nature of the action of which he complains—such as the decision of an administrative law judge or a notice of denial of review by the Appeals Council; (3) the date of the decision, notice, or other action of which he complains; and (4) a statement of Plaintiff's place of residence or business, or a statement that he

does not have one within a judicial district within the United States.

      Failure to file this information by October 10, 2025 may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:      September 11, 2025
               New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge