UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIAM ALEXANDER,

                  Plaintiff,

                  v.

SOCIAL SECURITY ADMINISTRATION,

                  Defendant.

25-CV-5584 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff Liam Alexander, proceeding *pro se*, filed this action against the Social Security Administration on July 1, 2025. *See* Dkt. 1 (Complaint). On September 10, 2025, Defendant made a motion for a more definite statement, noting that the Complaint did not include Plaintiff's social security number, the nature of the action about which he complains, or the date of the decision, notice, or other information underlying his claim, among other deficiencies. Dkt. Nos. 8 (Def.'s Motion), 9 (Def.'s Br.). On September 11, 2025, the Court granted Defendant's motion and ordered Plaintiff to file a more definite statement by October 10, 2025. Dkt. No. 10 (Ct. Order). The September 11, 2025 order further informed Plaintiff that "[f]ailure to file this information by October 10, 2025 may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b)." *Id.* Plaintiff has not responded to the Court's order, nor filed a more definite statement.

No later than March 6, 2026, Plaintiff shall file a more definite statement, including: (1) his Social Security Number, which will be sealed; (2) the nature of the action of which he complains, such as the decision of an administrative law judge or a notice of denial of review by the Appeals Council; (3) the date of the decision, notice, or other action of which he complains; and (4) a statement of Plaintiff's place of residence or business, or a statement that he does not have one within a judicial district within the United States. If Plaintiff does not do so, the Court

will dismiss this case for failure to prosecute and comply with a court order, consistent with Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    February 3, 2026
          New York, New York

Hon. Ronnie Abrams
United States District Judge